Carolyn J. Johnsen – 011894
cjjohnsen@jsslaw.com
Bradley J. Stevens – 006723
bstevens@jsslaw.com
Todd B. Tuggle - 020948
ttuggle@jsslaw.com
Todd M. Adkins - 025338
tadkins@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5911
Facsimile: (602) 495-2696

*Attorneys for* Mortgages Ltd. Opportunity Fund MP-12 L.L.C.
Mortgages Ltd. Opportunity Fund MP-13 L.L.C.
Mortgages Ltd. Opportunity Fund MP-14 L.L.C.
Mortgages Ltd. Opportunity Fund MP-15 L.L.C.
Mortgages Ltd. Opportunity Fund MP-16 L.L.C.
Mortgages Ltd. Opportunity Fund MP-17 L.L.C.
MP062011 L.L.C.
MP122009 L.L.C.
MP122030 L.L.C.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Mortgages Ltd.,<br><br>      Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:08-bk-07465-RJH<br><br>Adversary No. 2:09-bk-00424-RJH<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441 AND 1452 AND GENERAL REFERRAL ORDER**<br><br>**(The Honorable Randolph J. Haines)**<br><br>**Presently pending before the Superior Court of the State of Arizona, County of Maricopa, under Case No. CV2008-033079** |

Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027, Mortgages Ltd. Opportunity Fund MP-12 L.L.C, an Arizona limited liability company; Mortgages Ltd. Opportunity Fund MP-13 L.L.C, an Arizona limited liability company; Mortgages Ltd. Opportunity Fund MP-14 L.L.C, an Arizona limited liability company; Mortgages Ltd. Opportunity Fund MP-15 L.L.C, an Arizona limited liability company; Mortgages Ltd. Opportunity Fund MP-16 L.L.C, an Arizona limited liability company; Mortgages Ltd. Opportunity Fund MP-17 L.L.C, an Arizona limited liability company; MP062011 L.L.C, an Arizona limited liability company; MP122009 L.L.C., an Arizona limited liability company; and MP122030 L.L.C., an Arizona limited liability company (the "ML Fund Defendants"), file this Notice of Removal of the action captioned *Jeffrey C. Stone, Inc. d/b/a Summit Builders v. Central and Monroe, LLC, et al.* case no. CV2008-033079 pending in the Maricopa County, Arizona Superior Court (the "Removed Case") to the United States District Court for the District of Arizona and reference to the Bankruptcy Court. This Notice of Removal is based on the following:

**SHORT AND PLAIN STATEMENT OF FACTS**

Jeffrey C. Stone, Inc., dba Summit Builders ("Summit") is the general contractor on the Hotel Monroe project. Summit commenced the Removed Case, claiming that its mechanic's lien has priority over the deed of trust and seeking to foreclose against the Hotel Monroe Project located at 15 East Monroe Street in Phoenix. The Summit Complaint named both Mortgages Ltd., the Debtor in this Chapter 11 bankruptcy, and the ML Fund Defendants as party defendants. Summers Group, Inc., d/b/a Rexel Phoenix Elecectric, another named defendant in the Summit Complaint, cross-claimed against the ML Fund Defendants, serving its Complaint on the ML Fund Defendants on March 24, 2009.

**ENTITLEMENT TO REMOVAL**

28 U.S.C. § 1452(a) permits any party to remove a state court action to the federal district court if the district court would otherwise have bankruptcy-related jurisdiction. *See In re Mortgages Ltd.*, 399 B.R. 673 (Bankr. D. Ariz. 2008). Under 28 U.S.C. § 1334(b),

". . . jurisdiction exists . . . when resolution of non debtor litigation may directly affect the estate's obligation to creditors whose claims are currently before the bankruptcy court." *Id.* at 676-77 (quoting *Kaonohi Ohana, Ltd. v. Sutherland (In re Kaonohi Ohana, Ltd.,* 873 F.2d 1302, 1307 (9th Cir. 1989)). Here, resolution of the mechanics' liens and other claims involved ". . . may have a direct effect on the investors' claims in the bankruptcy case currently pending before this court, either by increasing or decreasing their amount." *In re Mortgages, Ltd.*, 399 B.R. at 677. Under Local Rule 5011, "the district court refers to the bankruptcy court for this District all cases under Title 11 and all proceedings under Title 11 or arising in or related to a case under Title 11."

Here, both ML and the ML Fund Defendants were named as parties in the mechanics' lien litigation involving the Hotel Monroe project. ML was a direct lender in the project, and is the manager of the ML Fund Defendants. Removal is appropriate because the outcome of the Removed Case will affect the bankruptcy estate and because the claims and defenses in the Removed Case arise from a "common nucleus of operative fact" that should "logically be litigated as a single litigation unit" inside the bankruptcy. . *See In re Mortgages Ltd.* 399 B.R. at 678.

The ML Fund Defendants are cognizant of this Court's Order Granting Stay relief re Mechanic's Lien Litigation filed on February 19, 2009. *See* Docket No. 1378. In this Order, the Court granted stay relief " . . .to permit all mechanics and materialmen lien claimants to litigate in appropriate state court actions the amount, validity, and priority of their liens vis a vis the deeds of trust recorded by Debtor Mortgages Ltd., against these properties (the Hotel Monroe Project, the Metro Lofts Project and the Ten Lofts Project)." Since the granting of this Order, it has become clear that significant broken priority issues have arisen not only with respect to these three projects, but also with respect to other projects involving ML—including the Hotel Monroe Project and theCenterpoint Project. These issues involve complex legal issues involving potential underfunding claims, equitable subrogation, equitable subordination, set-off, and recoupment issues. These

common legal issues have already surfaced in significant adversary litigation pending before this Court and are best addressed in one forum.

## THE REMOVED CASE IS A CORE PROCEEDING

Pursuant to 28 U.S.C. § 157(b)(l), this Court "may hear and determine all cases under title 11 and all core proceedings arising under title 11, or arising in a case under title 11." 28 U.S.C. § 157(2) sets forth a non-exclusive list of core proceedings, including (A) matters concerning the administration of the estate, orders to turn over property of the estate; (E) orders to turn over property of the estate; (K) determinations of the validity, extent, or priority of liens; and (O) other proceedings affecting the liquidation of the assets of the estate or the adjustment of the debtor-creditor or the equity security holder relationship . . . . and other proceedings affecting the liquidation of assets of the estate.

Here, the Removed Case is directly related to, and will fix the parties' rights and relative secured position in the Property and is a core proceeeding under 28 U.S.C. § 157(2).

Copies of all papers required to be filed pursuant to Local Rule 9027-1(c) will be filed within thirty (30) days, or as otherwise provided therein.

The undersigned will file a copy of this notice with the Clerk of the Superior Court of the State of Arizona in and for the County of Maricopa to alert the Superior Court of the removal.

Respectfully submitted this 23rd day of April, 2009.

JENNINGS, STROUSS & SALMON, P.L.C.

By /s/ Todd B. Tuggle
    Carolyn J. Johnsen
    Bradley J. Stevens
    Todd B. Tuggle
    Todd M. Adkins
    The Collier Center
    201 East Washington Street, 11th Floor
    Phoenix, AZ 85004
    Attorneys for the Debtor

1  COPY of the foregoing e-mailed and/or
   mailed this 23rd day of April, 2009, to all parties
2  on the attached Service List:

3
   /s/ *Mary Ann Goudreau*
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Copies of the foregoing mailed
this 23rd day of April, 2009, to:

Jay R. Graif
Harper Christian Dichter & Graif
2700 N. Central Ave., Suite 1200
Phoenix, AZ 85004-0001
Attorneys for Plaintiff Jeffrey C.
   Stone, Inc.

Stephen F. Banta
Law Offices of Stephen F. Banta
PLLC
1201 S. Alma School Rd., Suite
11550
Mesa, AZ 85210-0001
Attorney for Arizona Control
Specialists

Hillary P. Gagnon
Jennings Haug & Cunningham
2800 N. Central Ave., Suite 1800
Phoenix, AZ 85004-1049
Attorneys for Climatec, Inc.

Margaret A. Gillespie
Collins, May, Potenza, Baran
   & Gillespie, P.C.
201 N. Central Avenue, Suite 2210
Phoenix, AZ 85004-0022
Attorneys for Summers Group,
Inc.

Mark R. Jewett
P.O. Box 13538
Scottsdale, AZ 85267-0001
Attorney for Specified Electrical
   Contractors, Inc.

Andrew Maks Kvesic
Ryley Carlock & Applewhite
One N. Central Ave., Suite 1200
Phoenix, AZ 85004-4417
Attorney for Noble Steel, Inc.

Adam B. Nach
Lane & Nach PC
2025 N. Third St., Suite 157
Phoenix, AZ 85004-0001
Attorney for Contractors
Abatement
   Services, Inc.

Nathaniel B. Rose
Mohr Hackett Pederson Blakley &
  Randolph PC
2800 N. Central Ave., Suite 1100
Phoenix, AZ 85004-1043
Attorney for Rolling Plains
  Construction, Inc.

Sean P. St. Clair
The Lassiter Law Firm, PLC
207 N. Gilbert Road, Suite 001
Gilbert, AZ 8234
Attorneys for Mechanical
Solutions, Inc.

John W. Storer III
Swenson Storer Andrews &
Frazelle PC
40 N. Central Ave., Suite 1050
Phoenix, AZ 85004-4401
Attorneys for Otis Elevator Co.

Thomas N. Swift II
2345 S. Alma School, Suite 104
Mesa, AZ 85210-4013
Attorney for Omni-Duct Systems,
Inc.

Stephen F. Banta
Law Offices of Stephen F. Banta
PLLC
1201 S. Alma School Rd., Suite
11550
Mesa, AZ 85210-0001
Attorney for Arizona Control
  Specialists, Inc.

Michael J. Holden
Holden Willets Murphy PLC
Two N. Central Ave., Suite 1700
Phoenix, AZ 85004
Attorneys for JEC Contracting
Corp.

Daxton Watson
Mack Drucker & Watson
Biltmore Financial Center II
2398 E. Camelback Road, Suite 690
Phoenix, AZ 85016-0001