# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | Mortgages Ltd. |
| **Case Number:** | 2:08-bk-07465-RJH  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, JULY 01, 2009 10:00 AM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

### Matters:

1) **ADV: 2-08-00780**
   **National Retail Development Partners I, vs Alan J. Maness**
   STATUS HEARING ON COMPLAINT  TO RECOVER MONEY OR PROPERTY     (originally set in adv 08-831 which is consolidated with adv 08-780)
   **R / M #:**   1 / 0

2) **ADV: 2-08-00832**
   **MORTGAGES LTD vs National Retail Development Partners I,**
   STATUS HEARING ON COMPLAINT  TO RECOVER MONEY OR PROPERTY
   **R / M #:**   1 / 0

3) **ADV: 2-08-00881**
   **MORTGAGES LTD vs Douglas A. Dragoo**
   STATUS HEARING ON COMPLAINT  TO RECOVER MONEY OR PROPERTY
   **R / M #:**   1 / 0

4) **ADV: 2-08-00781**
   **PDG Los Arcos, LLC vs Robert M Adams**
   STATUS HEARING ON COMPLAINT
   **R / M #:**   0 / 0

5) **ADV: 2-09-00424**
   **Jeffrey C. Stone, Inc. d/b/a Summit Buil vs Mortgages, Ltd.**
   STATUS HEARING ON COMPLAINT
   **R / M #:**   1 / 0

6) **ADV: 2-09-00423**
   **SUMMERS GROUP, INC. vs J.C. York Electrical Contracting, Inc.**
   STATUS HEARING ON COMPLAINT (Removed Mechanic's Lien Action)
   **R / M #:**   0 / 0

7) EXPEDITED HEARING ON INVESTORS' COMMITTEE'S MOTION FOR ORDER IN AID OF IMPLEMENTING THE PLAN & ESTABLISHING THIS COURT AS THE PROPER FORUM FOR RESOLUTION OF THE PENDING MECHANICS CLAIMS
   **R / M #:**   1,803 / 0

8) EXPEDITED HEARING ON DEBTOR'S MOTION TO COMPEL PAYMENT TO HOLDERS OF PROFESSIONAL ADMINISTRATIVE KNUDSEN ORDER CLAIMS
   **R / M #:**   1,811 / 0

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)... 2:08-bk-07465-RJH          WEDNESDAY, JULY 01, 2009 10:00 AM

## *Appearances:*

    LARRY WATSON, ATTORNEY FOR U.S. TRUSTEE
    REBECCA WINTHROP, ATTORNEY FOR SUN VALLEY ET AL
    CAROLYN JOHNSEN/BRADLEY STEVENS, ATTORNEYS FOR MORTGAGES LTD.
    CATHY REECE/KEITH HENDRICKS, ATTORNEYS FOR INVESTORS COMMITTEE
    ROBERT J ODSON, ATTORNEY FOR MORTGAGES LTD
    MARGARET A. GILLESPIE, ATTORNEY FOR PHOENIX ELECTRIC
    MICHAEL C. BLAIR, ATTORNEY FOR NATIONAL RETAIL DEVELOPMENT PARTNERS I,, PDG LOS ARCOS, LLC
    ED COMITZ, ATTORNEY FOR DOUGLAS A. DRAGOO
    ANDY KNESIC/GREG JONES, ATTORNEYS FOR NOBLE STEEL INC.
    DEAN DINNER, ATTORNEY FOR UNSECURED CREDITORS COMMITTEE
    ROBERT SHULL, ATTORNEY FOR GOLDCREEK INC.
    HILLARY GAGNON, ATTORNEY FOR CLIMATEC INC ET AL
    MATT DERSTINE, ATTORNEY FOR ALLEN WINDOWS TECHNOLOGY & GRAINGER CONSTRUCTION
    BRAD OWENS, ATTORNEY FOR EVER-READY GLASS OF PHOENIX
    ADAM NACH, ATTORNEY FOR CONTRACTORS SERVICES
    BRADLEY PACK, ATTORNEY FOR TEMPE LAND CO
    KENNETH PABES, ATTORNEY FOR JEC CONTRACTING & WEST COAST GLASS
    KELLY SINGER, ATTORNEY FOR CHAPTER 11 TRUSTEE FOR RADICAL BUNNY
    JAY GRAF, ATTORNEY FOR SUMMIT BUILDERS
    SEAN ST. CLAIR, ATTORNEY FOR MECHANICAL SOLUTIONS INC.
    THOMAS SWIFT, ATTORNEY FOR OMNI DUCT SYSTEMS
    DONALD ENNIS, ATTORNEY FOR GRACE ENTITIES
    SCOTT GOLDBERG, ATTORNEY FOR VALUE TO LOAN COMMITTEE
    JOEL SANNES, ATTORNEY FOR IES COMMERCIAL
    JON MUSIAL, ATTORNEY FOR PERFORMANCE CONTRACTING
    CHRISTOPHER SIMPSON, ATTORNEY FOR GOULD EVANS
    ADAM DECKER, ATTORNEY FOR FARNSWORTH WHOLESALE CO
    BRENDA MARTIN, ATTORNEY FOR POWERS STEEL
    NATHANIEL BOSE, ATTORNEY FOR ROLLING PLAINS
    KIM LANE, ATTORNEY FOR HERITAGE INT & JC YORK ELECTRICAL
    JACK STORER, ATTORNEY FOR OTIS ELEVATOR CO
    EDWARD MARKO, ATTORNEY FOR PAREMOUNT IRON
    MICHAEL ORCUTT, ATTORNEY ML PASS THROUGH INVESTORS
    ANTONIO DOMINGUEZ, ATTORNEY FOR PARRA DRYWALL
    CRAIG BOLTON, ATTORNEY FOR HACI MECHANICAL CONTRACTORS
    LAWRENCE WILK, ATTORNEY FOR LAURA MARTINI

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:08-bk-07465-RJH          WEDNESDAY, JULY 01, 2009 10:00 AM

## Proceedings:

ITEM #1 & #2 & #4    ADV 08-780 & ADV 08-832 & ADV 08-781

Mr. Hendricks explained his firm will be representing ML Manager and NR Loan LLC.

Mr. Blair informed there is a stay motion pending and he would prefer the Court rule on the memoranda.

Mr. Hendricks requested a hearing set.

COURT:  ANY PARTY THAT WANTS A HEARING MAY FILE A REQUEST FOR HEARING NO LATER THAN FRIDAY, JULY 10, 2009 AND IF NO REQUEST FOR HEARING IS RECEIVED, THE COURT WILL RULE ON THE MEMORANDA.

IT IS ORDERED SETTING A CONTINUED STATUS HEARING ON THESE ADVERSARY MATTERS ON SEPTEMBER 21, 2009 AT 10:00 AM.

ITEM #3  ADV 08-881

Mr. Odson reviewed the background of this matter.  He informed a reply to the summary judgment motion is due on July 17th with the hearing set August 24, 2009.  He stated there may be a need to change the reply date.

Mr. Hendricks requested until August 1st to file the reply.

Mr. Comitz advised he has no objection but would like the August 24th hearing to go forward.

COURT:  IT IS ORDERED THE RESPONSE TIME FOR MORTGAGES LTD WILL BE AUGUST 3, 2009 AND THE AUGUST 24TH HEARING WILL REMAIN AS IT IS CURRENTLY SET.

ITEM #5  ADV 09-424  #6  ADV 09-423   &  #7

Mr. Hendricks need procedure for serving the investors.

Ms. Reece she informed they would like to coordinate a procedure.

Ms. Gillespie stated she does not oppose the investors committee's motion.

COURT:  IT IS ORDERED DENYING THE INVESTOR'S COMMITTEE'S MOTION.

ITEM #8

Mr. Stevens urged the motion.

COURT:  IT IS ORDERED DENYING THE DEBTOR'S MOTION.  IT IS FURTHER ORDERED ALL MATTERS SET FOR HEARING ON JULY 14, 2009 AT 11:00 AM ARE RESCHEDULED FOR JULY 14, 2009 AT 3:30 PM.

Mr. Wilk informed he has allowed fees and he urged the Court to order the debtor to pay the fees as granted.

COURT: MR. WILK IS DIRECTED TO FILE A MOTION FOR HEARING  IF NEEDED.

#6  ADV 09-423

Ms. Gillespie reviewed the status of this matter advising parties had agreed to request a status hearing around November 1st.  She

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:08-bk-07465-RJH        WEDNESDAY, JULY 01, 2009 10:00 AM

informed the parties will have to revisit if this matter should be remanded to State Court.

COURT: IT IS ORDERED APPROVING THE DISCOVERY PLAN WITH RESPECT TO THE LIEN PRIORITY ISSUES ONLY PROVIDING FOR EXCHANGE OF DISCLOSURE STATEMENTS BY JULY 31, 2009 AND CONCLUDING DISCOVERY BY NOVEMBER 1, 2009. IT IS FURTHER ORDERED ESTABLISHING A DEADLINE FOR THE FILING OF ANY MOTION TO REMAND BY THURSDAY, JULY 23, 2009 AND THAT INCLUDES ANY MOTION TO REMAND AFTER THE DETERMINATION OF THE PRIORITY ISSUE, IF THAT IS A POSITION ANYONE WANTS TO TAKE. IT IS ORDERED SETTING A FURTHER STATUS HEARING ON JULY 27, 2009 AT 10:00 AM.

ITEM #5    ADV 09-424

Mr. Graf advised setting any deadlines would be premature because there are more parties to be served.

COURT: IT IS ORDERED SETTING A STATUS CONFERENCE ON JULY 27, 2009 AT 10:00 AM.