# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| Debtor: | Mortgages Ltd. |
| Case Number: | 2:08-bk-07465-RJH   Chapter: 11 |
| Date / Time / Room: | MONDAY, JULY 27, 2009 10:00 AM   6TH FLOOR #603 |
| Bankruptcy Judge: | RANDOLPH J. HAINES |
| Courtroom Clerk: | JANET SMITH |
| Reporter / ECR: | SHERI FLETCHER |

## Matters:

1) **ADV: 2-09-00424**

   **Jeffrey C. Stone, Inc. d/b/a Summit Buil vs Mortgages, Ltd.**

   STATUS HEARING ON COMPLAINT

   R / M #:   1 / 0

2) **ADV: 2-09-00423**

   **SUMMERS GROUP, INC. vs J.C. York Electrical Contracting, Inc.**

   STATUS HEARING ON COMPLAINT (Removed Mechanic's Lien Action)

   R / M #:   0 / 0

## Appearances:

MARGARET A. GILLESPIE, ATTORNEY FOR SUMMERS GROUP, INC.
MARK JEWETT, ATTORNEY FOR SPECIFIED ELECTRICAL CONTRACTING, INC.
ERIN BYRNES, ATTORNEY FOR SUMMITT BUILDERS
ANDY KVESIC, ATTORNEY FOR NOBLE STEEL
NATHANIEL ROSE, ATTORNEY FOR ROLLING PLAINS
SEAN ST. CLAIR, ATTORNEY FOR MECHANICAL SOLUTIONS
JASON GELLMAN, ATTORNEY FOR GRAINGER CONSULTING

## Proceedings:

ADV 09-423 &  ADV 09-424

Ms. Gillespie informed a negative notice has been sent out advising parties will have until mid August to respond to the motion to remand.

COURT: IT IS ORDERED SETTING A HEARING ON THE MOTIONS TO REMAND ON AUGUST 25, 2009 AT 3:00PM.  IT IS FURTHER ORDERED CONTINUING THE STATUS HEARINGS TO AUGUST 25, 2009 AT 3:00 PM.