# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | Mortgages Ltd. |
| **Case Number:** | 2:08-bk-07465-RJH  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 25, 2009 03:00 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## Matters:

1) **ADV: 2-09-00424**
   **Jeffrey C. Stone, Inc. d/b/a Summit Buil vs Mortgages, Ltd.**
   STATUS HEARING ON COMPLAINT
   **R / M #:**   1 / 0

2) **ADV: 2-09-00423**
   **SUMMERS GROUP, INC. vs J.C. York Electrical Contracting, Inc.**
   STATUS HEARING ON COMPLAINT (Removed Mechanic's Lien Action)
   **R / M #:**   0 / 0

3) **ADV: 2-09-00424**
   **Jeffrey C. Stone, Inc. d/b/a Summit Buil vs Arizona Control Specialists**
   MOTION TO REMAND
   **R / M #:**   0 / 0

4) **ADV: 2-09-00423**
   **SUMMERS GROUP, INC. vs J.C. York Electrical Contracting, Inc.**
   MOTION TO REMAND
   **R / M #:**   0 / 0

5) MOTION FOR PROTECTIVE ORDER PROHIBITING THE DEPOSITION OF MARK DORVAL
   **R / M #:**   2,084 / 0

6) EXPEDITED HEARING ON ML MANAGER'S MOTION FOR PROTECTIVE ORDER PROHIBITING THE RULE 2004 EXAM OR DEPOSITION OF CATHY REECE
   **R / M #:**   2,071 / 0

7) EXPEDITED HEARING ON ML MANAGER'S MOTION FOR PROTECTIVE ORDER PROHIBITING THE RULE 2004 EXAM  OF SHELTON FREEMAN COUNSEL FOR RBLLC
   **R / M #:**   2,099 / 0

8) FIRST & FINAL APPLICATION FOR  ALLOWANCE & PAYMENT OF FEES & EXPENSES INCURRED BY FENNEMORE CRAIG AS COUNSEL FOR THE INVESTORS COMMITTEE
   **R / M #:**   1,879 / 0

9) APPLICATION FOR ALLOWANCE & PAYMENT OF ADMINISTRATIVE EXPENSE OF FENNEMORE CRAIG FOR REPRESENTATION OF THE UNOFFICIAL INVESTORS COMMITTEE
   **R / M #:**   1,881 / 0

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...  2:08-bk-07465-RJH        TUESDAY, AUGUST 25, 2009 03:00 PM

10) FIRST & FINAL APPLICATION FOR ALLOWANCE & PAYMENT OF FEES & EXPENSES INCURRED BY ALVAREZ & MARSAL DISPUTE ANALYSIS & FORENSIC SERVICES
    R / M #:   1,880 / 0

11) APPLICATION FOR ALLOWANCE & PAYMENT OF ADMINISTRATIVE EXPENSE OF ALVAREZ & MARSAL FOR PROFESSIONAL SERVICES RENDERED TO THE UNOFFICIAL INVESTORS COMMITTEE
    R / M #:   1,882 / 0

*Appearances:*

    BRADLEY STEVENS/CAROLYN JOHNSEN, ATTORNEYS FOR MORTGAGES LTD.
    JAY R. GRAIF, ATTORNEY FOR JEFFREY C. STONE, INC. D/B/A SUMMIT
    MARGARET A. GILLESPIE, ATTORNEY FOR REXAL PHOENIX ELECTRIC
    STEPHEN F. BANTA, ATTORNEY FOR ARIZONA CONTROL SPECIALISTS
    BUZZ ALSTON, ATTORNEY FOR JS & S
    SCOTT MALM, ATTORNEY FOR MORTGAGES LTD & ML PARTIES
    ANDY KVESIC, ATTORNEY FOR NOBLE STEEL
    SEAN ST. CLAIR, ATTORNEY FOR MECHANICAL SOLUTIONS INC.
    HILLARY GAGNON, ATTORNEY FOR AZ PARTITION & CLIMATEC INC.
    MARK JEWETT, ATTORNEY FOR SPECIFIED ELECTRICAL CONTRACTORS
    ANTONIO DOMINGUEZ, ATTORNEY FOR PARR DRYWALL
    JACK STORER, ATTORNEY FOR OTIS ELEVATOR CO
    SHELTON FREEMAN, ATTORNEY FOR RADICAL BUNNY
    MATT DERSTINE, ATTORNEY FOR GRAINGER CONSULTING
    NATHANIEL ROSE, ATTORNEY FOR ROLLING PLAINS
    CATHY REECE, ATTORNEY FOR ML MANAGER LLC
    MICHAEL CORDONE, ATTORNEY FOR ML MANAGER

(continue)... 2:08-bk-07465-RJH          TUESDAY, AUGUST 25, 2009 03:00 PM

## Proceedings:

ADV 09-423 & 09-424   ITEMS 1 through 4

Ms. Gillespie advised no objections have been received and she is prepared to upload orders granting the motions to remand.

Mr. Graif requested the Court postpone status hearing on discovery schedule for a month.

Ms. Reece advised an answer and cross claim has been filed in 09-423. She informed she has no objection to remand after the priority issue is decided.

COURT: IT IS ORDERED GRANTING THE MOTIONS TO REMAND AFTER DETERMINATION OF THE PRIORITY ISSUE. PARTIES ARE DIRECTED TO UPLOAD ORDERS.

ITEMS #8 & #9

Ms. Reece informed a resolution has been reached with the liquidating trustee and orders have been uploaded.

Mr. Cordone agreed the orders may be entered and he will withdraw his objection.

COURT: THE UPLOADED ORDERS WILL BE ENTERED.

ITEMS #10 & #11

Ms. Reece informed the liquidating trust has granted an extension of time. She requested those items be continued.

Mr. Cordone agreed.

COURT: IT IS ORDERED CONTINUING THESE HEARINGS TO MONDAY, AUGUST 31, 2009 AT 1:30 PM.

ITEMS #5 #6 & #7

Mr. Alston informed the parties will be requesting mediation with Judge Case.

Mr. Freeman stated he believed these motions would not be going forward today because of the mediation. He advised he will appear for a deposition and answer what he can.

Mr. Cordone reviewed his concerns over the deposition.

Ms. Reece urged the motion for protective order.

COURT: IT IS ORDERED GRANTING THE MOTION IN PART TO THE EXTENT THAT ATTORNEYS WILL NOT BE ASKED ABOUT MATTERS THAT INVADE THE ATTORNEY CLIENT OR WORK PRODUCT PRIVILEGE. IT IS ORDERED DENYING THE MOTION AS FAR AS PRECLUDING THE ABILITY TO GO FORWARD WITH THE ATTORNEY WITNESS DEPOSITIONS AT ALL HOWEVER, IT IS FURTHER ORDERED THAT IN EACH OF THESE THREE CASES JENNINGS STROUSS WILL ISSUE A 30(b)(6) NOTICE OF DEPOSITION FORMS BY CLOSE OF BUSINESS ON THURSDAY AND THE DEPONENT PARTIES MAY, INSTEAD OF THE IDENTIFIED ATTORNEYS, DESIGNATE THE WITNESSES WHO ARE COMPETENT TO TESTIFY IN THE AREAS IDENTIFIED AND WILL BE THEIR WITNESSES AT TRIAL ON THOSE ISSUES AND THOSE WITNESSES CAN BE PRODUCED IN LIEU OF THOSE ATTORNEYS. IT IS FURTHER ORDERED THAT THE DEPOSITION OF THE LIQUIDATING TRUSTEE WILL TAKE PLACE TELEPHONICALLY.

Mr. Alston informed settlement negotiations will not be discussed at Mr. Freeman's deposition. He further advised he will allow Mr. Freeman to be the sole arbiter of any question he believes may violate 408 protection re: settlement negotiations and he may object and refuse to answer.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   2:08-bk-07465-RJH          TUESDAY, AUGUST 25, 2009 03:00 PM

Ms. Reece stated she believes that agreement goes to all parties.

Mr. Alston agreed.

COURT:  SO ORDERED.