**Swenson, Storer, Andrews**
**& Frazelle, P.C.**
2800 North Central Avenue
Suite 1000
Phoenix, Arizona 85004-1008
(602) 274-4778
jstorer@swensonlaw.com

John W. Storer, III – SBN 010478
Attorneys for Defendant/Counter-Claimant/
    and Cross-Claimant, Otis Elevator Company.

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MORTGAGES LTD.,<br><br>        Debtor. | In Proceedings Under Chapter 11<br><br>No. 2:08-bk-07465-RJH |
| JEFFREY C. STONE, INC., an Arizona corporation, dba SUMMIT BUILDERS,<br><br>        Plaintiff,<br><br>CENTRAL AND MONROE, LLC, an Arizona limited liability company; et al,<br><br>        Defendants. | Adversary No. 2:09-ap-00424-RJH<br><br>(State Court-<br> CV 2008-033079)<br><br>**NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR OTIS ELEVATOR COMPANY** |
| AND RELATED COUNTER-CLAIMS AND CROSS-CLAIMS. | |

\* \* \* \*

\* \* \* \*

\* \* \* \*

\* \* \* \*

NOTICE IF HEREBY GIVEN that effective December 4, 2009, undersigned counsel's mailing address has changed to the following:

John W. Storer, III, Esq.
Swenson, Storer, Andrews & Frazelle, P.C.
2800 North Central Avenue
Suite 1000
Phoenix, Arizona   85004

All phone numbers, fax numbers and e-mail addresses remain the same.

RESPECTFULLY SUBMITTED January 18, 2010.

Swenson, Storer, Andrews
& Frazelle, P.C.

By s/John W. Storer,III
John W. Storer, III, Esq.
Attorneys for Defendant/
Counter-Claimant/and
Cross-Claimant, Otis
Elevator Company.

ORIGINAL of the foregoing
electronically filed
this 18th day
of January, 2010.

COPIES of the foregoing sent
Via U.S. Mail on January 15, 2010
to:

Jay R. Graif, Esq.
Jeffrey C. Matura, Esq.
Erin E. Byrnes, Esq.
Graif, Barrett & Matura, P.C.
1850 North Central Avenue
   Suite 500
Phoenix, Arizona   85004
Attorneys for Plaintiff, Jeffrey C. Stone

```
 1   Margaret A. Gillespie, Esq.
     Collins, May, Potenza, Baran &
 2      Gillespie, P.C.
     201 North Central Avenue
 3      Suite 2210
     Phoenix, Arizona  85004
 4   Attorneys for Cross-Claimant/Counter-Claimant,
        Summers Group, Inc.
 5
     Sean P. St.Clair, Esq.
 6   Davis Miles, PLLC
     P. O. Box 15070
 7   Mesa, Arizona  85211-3070
     Attorneys for Defendant, Mechanical
 8      Solutions, Inc.

 9   Thomas N. Swift, II, Esq.
     Attorney at Law
10   2345 South Alma School Road
        Suite 104
11   Mesa, Arizona  85210
     Attorney for Defendant, Omni Duct Systems, Inc.
12
     Andrew M. Kvesic, Esq.
13   Ryley Carlock & Applewhite
     One North Central Avenue
14      Suite 1200
     Phoenix, Arizona  85004
15   Attorneys for Defendant, Noble Steel, Inc.

16   Hillary P. Gagnon, Esq.
     Jennings, Haug & Cunningham, L.L.P.
17   2800 North Central Avenue
     Suite 1000
18      Suite 1800
     Phoenix, Arizona  85004
19   Attorneys for Defendants, Arizona Partition, Inc.
        and Climatec, Inc.
20
     Mark R. Jewett, Esq.
21   The Law Offices of Mark R. Jewett, P.C.
     Post Office Box 13538
22   Scottsdale, Arizona  85267-3538
     Attorneys for Cross-Defendant, Specified
23      Electrical Contractors, Inc.

24
     ****
25
     ****
26
                              3
```

Jeffrey P. Boshes, Esq.
Jennings, Strouss & Salmon, P.L.C.
201 East Washington Street
The Collier Center, 11th Floor
Phoenix, Arizona  85004
Attorneys for Debtor

Stephen F. Banta, Esq.
Law Offices of Stephen F. Banta PLLC
1201 South Alma School Road
  Suite 11550
Mesa, Arizona  85210
Attorneys for Cross-Defendant, Arizona
  Control Specialists

Adam B. Nach, Esq.
Lane & Nach, P.C.
2025 North Third Street
  Suite 157
Phoenix, Arizona  85004
Attorneys for Cross-Defendant, Contractors
  Abatement Services, Inc.

Michael J. Holden, Esq.
Holden Willets Murphy PLC
Two North Central Avenue
  Suite 1700
Phoenix, Arizona  85004
Attorneys for Cross-Defendant, JEC
  Contracting Corp.

John E. DeWulf, Esq.
J. Matthew Derstine, Esq.
Roshka DeWulf & Patten, P.L.C.
400 East Van Buren Street
  Suite 800 – One Arizona Center
Phoenix, Arizona  85004
Attorneys for Cross-Defendant, Grainger
  Consulting, Inc.

Cathy L. Reece, Esq.
Keith L. Hendricks, Esq.
Fennemore Craig, P.C.
3003 North Central Avenue
  Suite 2600
Phoenix, Arizona  85004-1008
Attorneys for Official Committee of Investors

****

****

4

```
 1    Jeffrey M. Proper, Esq.
      Jeffrey M. Proper, PLLC
 2    10645 North Tatum Boulevard
         Suite 200-652
 3    Phoenix, Arizona   85028
      Attorney for Defendant Schirmer
 4
      Mark B. Pyper, Esq.
 5    Ownes & Pyper, PLC
      3030 North Central Avenue
 6       Suite 1406
      Phoenix, Arizona   85004-1008
 7    Attorneys for Ever Ready Glass
 8    Nathaniel B. Rose, Esq.
      Sherman & Howard, L.L.C.
 9    2800 North Central Avenue
         Suite 1100
10    Phoenix, Arizona   85004
      Attorneys for Rolling Plains Construction, Inc.
11
      Scott A. Malm, Esq.
12    Gust Rosenfeld, P.L.C.
      201 East Washington Street
13       Suite 800
      Phoenix, Arizona   85004
14    Attorneys for Defendant, ML Manager Parties

15    Warren J. Stapleton, Esq.
      John L. Blanchard, Esq.
16    Osborn Maledon PA
      2929 North Central Avenue
17       21st Floor
      Phoenix, Arizona   85004-1008
18    Attorneys for Phillip Sollomi

19    Michael Denious, Esq.
      Stoops Denious & Murray, PLC
20    350 East Virginia Avenue
      Phoenix, Arizona   85004
21    Attorneys for Gerald Appell

22    Dax Watson, Esq.
      Mack Drucker & Watson, P.L.L.C.
23    3200 North Central Avenue
         Suite 1200
24    Phoenix, Arizona   85012
      Attorney for ML Manager Parties

25    ****

26    ****
                                          5
```

```
 1   Paul E. Steen, Esq.
     Ryan Rapp & Underwood, PLC
 2   3200 North Central Avenue
        Suite 1600
 3   Phoenix, Arizona   85012
     Attorneys for Arcadia, Inc.
 4

 5

 6
     By:  s/Linda S. Kochan
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
```

6